Christopher J. Yost, Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BOBBIE LEE, an individual, | Case No. C07-02511 MEJ |
| Plaintiff, | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation: | |
| Defendants. | Complaint Filed: March 27, 2007 |

1

| | |
|---|---|
| DATED:  May 25, 2007 | Respectfully submitted, |
| | By: /s/ Christopher J. Yost |
| | Christopher J. Yost |
| | Federal Express Corporation |
| | Attorney for Defendant |
| | FEDERAL EXPRESS CORPORATION |

644926

Christopher J. Yost, Bar No. 150785
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
cjyost@fedex.com

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BOBBIE LEE, an individual, | CASE NO. C07-02511 MEJ |
| Plaintiff, | ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation: | |
| Defendants. | Complaint Filed: March 27, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served by depositing the same in the United States Mail, postage prepaid [M], overnight delivery via Federal Express [ON], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

1
2                                    **Bobbie Lee**
                                  **16429 Saratoga Street**
3                                **San Leandro, CA  94578**
                                **Telephone No.: (510) 317-9113**
4
                              **Pro Per Plaintiff, Bobbie Lee [ON]**
5

6

7   DATED: May 25, 2007                     Respectfully submitted,

8

9                                            By: /s/ Christopher J. Yost
                                                 Christopher J. Yost
10                                               Federal Express Corporation

11                                           Attorney for Defendant
                                             FEDERAL EXPRESS CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28