1  Christopher J. Yost, Bar No. 150785
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4558
   Facsimile:  (949) 862-4605
4  cjyost@fedex.com

5  Attorneys for Defendants
   FEDERAL EXPRESS CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BOBBIE LEE, an individual, | CIVIL NO. C07-02511 MEJ |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation: | Complaint Filed: March 27, 2007 |
| Defendants. | |

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the executed Stipulated Entry of Dismissal was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

**Bobbie Lee
16429 Saratoga Street
San Leandro, CA 94578
Telephone No.: (510) 317-9113**

**Pro Per Plaintiff, Bobbie Lee [ M ]**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Dated: July 31, 2007

Respectfully submitted,

By: _____
Cynthia D. Gonzalez