CHRISTOPHER J. YOST, Bar No. 150785
FEDERAL EXPRESS CORPORATION
2601 Main Street Suite 340
Irvine, California 92614
Telephone: (949) 862-4558
Facsimile: (949) 862-4605
E-mail: cjyost@fedex.com

ATTORNEYS FOR DEFENDANTS
FEDERAL EXPRESS CORPORATION
AND FED EX CORPORATE SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| BOBBIE LEE, an individual, | Case No. C07-02511 MEJ |
|---|---|
| Plaintiff, | **STIPULATED ENTRY OF DISMISSAL** |
| v. | (Diversity jurisdiction 28 U.S.C. §1332) |
| FEDERAL EXPRESS CORPORATION, a Delaware corporation: | Complaint Filed: March 27, 2007 |
| Defendants. | |

Now come the parties, Bobbie Lee ("Pro Per Plaintiff") and Defendant Federal Express Corporation ("FedEx" or "Defendants"), and pursuant to Rule 41(A)(1)(ii) file this Stipulated Entry Of Dismissal with prejudice of the Complaint filed in the above-captioned civil litigation, styled *Bobbie Lee v. Federal Express Corporation*, Case No.: C07-02511 MEJ. Accordingly, Plaintiff dismisses his Complaint against Defendant with prejudice. Each party shall be responsible for their own costs and attorneys fees.

1

ORDER

**IT IS SO ORDERED**

Dated: August 14, 2007

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Maria-Elena James]*

U.S. Dis___ Judge Maria-Elena James

SUBMITTED

DATED: July    , 2007

| | |
|---|---|
| *[signature]*<br>Bobbie Lee<br>Pro Per Plaintiff<br>16429 Saratoga Street<br>San Leandro, CA  94578 | *[signature]*<br>Christopher J. Yost, Esq.<br>2601 Main Street, Suite 340<br>Irvine, California 92614<br>TEL: (949) 862-4558<br>FAX: (949) 862-4605<br><br>Attorney for Defendants<br>Federal Express Corporation and FedEx Corporate Services, Inc. |

654839